AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

JOSIAH JOREL JACKMAN,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0622

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSIAH JOREL JACKMAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/5/2008 | /s/ STEVEN L. BARTH |
| Date | Signature |
| | Steven L. Barth / Federal Defenders of SD    224185 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 5, 2008                                             /s/ Steven L. Barth
                                                                            STEVEN L. BARTH
                                                                            Federal Defenders of San Diego, Inc.
                                                                            225 Broadway, Suite 900
                                                                            San Diego, CA 92101-5030
                                                                            (619) 234-8467  (tel)
                                                                            (619) 687-2666  (fax)
                                                                            e-mail: Steven_Barth@fd.org