1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Josiah Jorel Jackman

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                   **(HONORABLE CATHY ANN BENCIVENGO)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0622 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| JOSIAH JOREL JACKMAN, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                    U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

                              Respectfully submitted,

DATED:    March 6, 2008          /s/ Erica K. Zunkel
                                 **ERICA K. ZUNKEL**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Josiah Jorel Jackman