FILED

08 MAR 12 PM 4:34

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0728 WQH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery |
| JOSIAH JOREL JACKMAN, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about February 29, 2008, within the Southern District of California, defendant JOSIAH JOREL JACKMAN, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Bank of America, 7404 Jackson Drive, San Diego, California, the sum of approximately $32,524.00 belonging to and in the care, custody, control, management, and possession of Bank of America, a bank, the deposits of which were then insured by the

//
//
//
//

DLF:fer:San Diego
3/11/08

Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a).

DATED: March 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney