| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | Davene L. Finnel |
| | Special Assistant U.S. Attorney |
| 3 | Indiana State Bar No. 19793-49 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6775/(619) 235-2757 (Fax) |
| | Email: davene.finnel@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8         UNITED STATES DISTRICT COURT

9         SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )  Criminal Case No. 08 CR 728
                                    )
11                     Plaintiff,   )
                                    )
12         v.                       )  NOTICE OF APPEARANCE
                                    )
13  JOSIAH JORIEL JACKMAN,          )
                                    )
14                     Defendant.   )
                                    )

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as co- counsel in the above-captioned case.

18     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20     The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23  activity in this case:

24     <u>Name</u>                    <u>Cal. Bar No.</u>   <u>Telephone No.</u>        <u>Email Address</u>

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2     <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3     <u>Name</u>                  <u>Cal. Bar No.</u>   <u>Telephone No.</u>        <u>Email Address</u>

4

5     Please call me if you have any questions about this notice.

6     DATED:   March 21, 2008

7                                             Respectfully submitted,

8                                             KAREN P. HEWITT
                                              United States Attorney

9                                             <u>s/*Davene L. Finnel*           </u>
                                              Davene L. Finnel
10                                            Special Assistant United States Attorney
                                              Attorneys for Plaintiff
11                                            United States of America
                                              Email: davene.finnel@usdoj.gov
12

13

...

27
      Notice of Appearance                                                   08-CR-728 WQH
28    United States v. Josiah Joriel Jackman          2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>          Plaintiff,                             )<br>                                                           )<br>          v.                                         )<br>                                                           )<br> JOSIAH JORIEL JACKMAN,         )<br>                                                           )<br>          Defendant.                        )<br> _____) | Case No.   08-CR-728 WQH<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Davene L. Finnel, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Steven L Barth**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: Steven_Barth@fd.org

**Erica Kristine Zunkel**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: erica_zunkel@fd.org

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 21, 2008.

                                                                             s/ Davene L. Finnel
                                                                             Davene L. Finnel